UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

---

## ORDER
---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, August 19, 2008,** and responses to these motions shall be filed by **Friday, August 29, 2008.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, September 9, 2008, at 4:00 p.m. in courtroom A-1002** It is

    FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, September 22, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: July 23, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge