UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

**ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A hearing on pending motions is set for **Friday, October 24, 2008, at 3:00 p.m.** The hearing is set for two (2) hours.

    Dated: September 8, 2008