UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

---

### ORDER

---

THIS MATTER is before the Court on the Joint Status Report and Motion for Extension of Time (filed November 12, 2008). Having reviewed the Status Report and Motion and being fully advised in the premises, it is

ORDERED that the Motion for Extension of Time (Doc. # 36) is **GRANTED**. The parties are granted a thirty (30) day extension of time to attempt to resolve this matter. I note in granting this motion that the speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since pretrial motions have been filed that have not yet been heard or decided. It is

FURTHER ORDERED that the parties shall either contact my Chambers at (303) 844-2170 to set a hearing on the pending motions or a change of plea hearing or shall file a status report by **Friday, December 12, 2008**.

Dated: November 12, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge