UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Joint Status Report (filed December 12, 2008). Having reviewed the Status Report, I grant the parties a further extension of time to attempt to resolve this matter. I note that the speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since pretrial motions have been filed that have not yet been heard or decided. It is hereby

ORDERED that the parties shall either contact my Chambers at (303) 844-2170 to set a hearing on the pending motions or a change of plea hearing or shall file a further status report by **Friday, January 2, 2009**.

    Dated: December 16, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief U. S. District Judge