UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 2, 2009. A Change of Plea hearing is set for **Thursday, March 5, 2009, at 1:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: January 5, 2009