UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00302-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO SAENZ-MENDEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The change of plea hearing set for Friday, October 30, 2009, at 2:30 p.m. is CONTINUED to **Tuesday, November 3, 2009, at 3:30 ap.m., in Courtroom A-1002.**

    Dated: October 30, 2009.